IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JENNIFER LYNN EDWARDS                                                                  PLAINTIFF

V.                                                              CIVIL ACTION NO. 1:19-CV-103-SA-RP

ALCORN COUNTY, MISSISSIPPI                                                            DEFENDANT

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on May 22, 2019. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This, the 23rd day of May, 2019.

                                                    /s/ Sharion Aycock
                                                  UNITED STATES DISTRICT JUDGE