IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JENNIFER LYNN EDWARDS                                                                    PLAINTIFF

VS.                                                          CIVIL ACTION NO: 1:19-CV-103-GHD-RP

ALCORN COUNTY, MISSISSIPPI                                                             DEFENDANTS

## ORDER OF DISMISSAL

The Complaint [Doc. 1] filed herein by Plaintiff against the Defendant, Alcorn County, Mississippi, together with the civil claims stated therein and the demands made or which might have been made for relief therein by the Plaintiff, shall be, and the same hereby are, DISMISSED WITH PREJUDICE. The terms and conditions of a confidential settlement by and between the parties have been satisfied and entry of the instant order has been requested by all parties.

ACCORDINGLY, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE.

This the 11th day of June, 2020.

_____
SENIOR U.S. DISTRICT JUDGE